# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>CONOR BRIAN FITZPATRICK,<br><br>*Defendant(s)* | Case No. 1:23-MJ-67<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 2022 to present__ in the city/county of __Prince William__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1029(b)(2) | Conspiracy to commit access device fraud |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA
AUSA Carina A. Cuellar
*Printed name and title*

*Complainant's signature*
John Longmire, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__ (specify reliable electronic means).

Date: 3/15/2023

John F. Anderson
Digitally signed by John F. Anderson
Date: 2023.03.15 19:54:25 -04'00'
*Judge's signature*

City and state: Alexandria, Virginia
Hon. John F. Anderson, United States Magistrate Judge
*Printed name and title*