AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cr-00119-TSE |
| CONOR BRIAN FITZPATRICK | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 07/11/2023

/s/
*Attorney's signature*

Aarash A. Haghighat, DC Bar. No. 997228
*Printed name and bar number*

Crim. Division, DOJ
1301 New York Ave., Suite 600
Washington, D.C., 20530
*Address*

aarash.haghighat@usdoj.gov
*E-mail address*

(202) 514-1026
*Telephone number*

*FAX number*