IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division



UNITED STATES OF AMERICA

v.

CONOR BRIAN FITZPATRICK,

     a/k/a "Pompompurin"

     Defendant.

Criminal No. 1:23-cr-119

Honorable T.S. Ellis, III

## INFORMATION

## COUNT ONE

(Conspiracy to Commit Access Device Fraud)

THE UNITED STATES ATTORNEY CHARGES THAT:

1.     From at least in or around March 2022, through on or about March 15, 2023, in

the Eastern District of Virginia and elsewhere, the defendant CONOR BRIAN FITZPATRICK

(a/k/a "Pompompurin"), did knowingly and with the intent to defraud, combine, conspire,

confederate and agree with other members of the website known as BreachForums, including

BreachForums moderators and vendors, to commit and aid and abet the commission of the

following offenses:

     a.    To knowingly and with intent to defraud, traffic in and use one or more

          unauthorized access devices during a one-year period, to wit payment card data,

          bank routing and account numbers, social security numbers, and login credentials,

          including usernames and associated passwords intended to be used to access

          certain online accounts provided by account issuers and other entities in the

1

United States, and by such conduct obtain things of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of 18, United States Code, Sections 1029(a)(2) and 2; and

b.  Without the authorization of the issuers of access devices, to knowingly and with the intent to defraud, solicit a person for the purpose of selling unauthorized access devices, to wit payment card data, bank routing and account numbers, social security numbers, and login credentials, including usernames and associated passwords, intended to be used to access online accounts provided by account issuers and other entities in the United States, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(6) and 2.

2.  It was further part of the conspiracy that the defendant and his co-conspirators knowingly falsely registered domain names, including breached.vc, breached.to, breachedforums.com, breachforums.net, and breachforums.org, and knowingly used these domain names in the course of committing the offense charged in Count 1, in violation of 18 U.S.C. § 3559(g)(1).

(All in violation of Title 18, United States Code, Sections 1029(b)(2) and 3559(g)(1)).

## COUNT TWO

(Access Device Fraud – Unauthorized Solicitation)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

From on or about June 28, 2022, through on or about July 6, 2022, in the Eastern District of Virginia and elsewhere, the defendant CONOR BRIAN FITZPATRICK (a/k/a "Pompompurin"), knowingly and with the intent to defraud, did aid and abet the solicitation of a person for the purposes of offering unauthorized access devices, as defined by 18 U.S.C. § 1029(e)(1) and (e)(3), to wit, bank account and routing numbers and social security numbers, said solicitation affecting interstate and foreign commerce, in that the solicitation occurred via the Internet, and between computers located inside the Commonwealth of Virginia, and computers located outside of the Commonwealth of Virginia.

(In violation of Title 18, United States Code, Sections 1029(a)(6) and 2).

3

## COUNT THREE

(Possession of Child Pornography)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about March 15, 2023, in the Southern District of New York, the defendant, CONOR BRIAN FITZPATRICK (a/k/a "Pompompurin"), did knowingly possess and attempt to possess at least one matter containing one or more visual depictions that had been transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which visual depictions were produced using materials which had been mailed and so shipped and transported, by any means including by computer; and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, to wit: videos depicting prepubescent minors and minors who had not attained 12 years of age engaging in sexually explicit conduct, stored on a Dell Inspiron 5593 laptop computer (service tag number B2W9723) with a Samsung 870 QVO 4TB solid state drive (SN S5VYNJ0T405292K).

(In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2)).

4

## <u>FORFEITURE NOTICE</u>

THE DEFENDANT IS HEREBY NOTIFIED THAT:

Upon conviction of the offenses alleged in this Information, the defendant, CONOR BRIAN FITZPATRICK, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as the result of such violation; and pursuant to Title 18, United States Code, Section 1029(c)(1)(C), any personal property used or intended to be used to commit the offenses.  The assets subject to forfeiture include, but are not limited to, the following:

a.  A money judgment in the amount of not less than $698,714, representing the gross proceeds the defendant and co-conspirators obtained as a result of the violations described in Counts 1 and 2 of this Criminal Information.

b.  All cryptocurrency and fiat currency that was previously transferred to the custody of government account(s) pursuant to warrants to seize (i) one Exodus wallet with recovery seed starting with word "embrace" and ending with word "arrive" and all the cryptocurrency and fiat currency associated with its subwallet; and (ii) one Coinbase wallet with recovery seed starting with the word "come" and ending with the word "bone" and all the cryptocurrency and fiat currency associated with its subwallets.

c.  The following domain names representing the gross proceeds and instrumentalities of the offenses charged in the Criminal Information:

| | | | |
|---|---|---|---|
| anonfiles-proxy.com | pastehub.net | intelx.org | breach.cat |
| apinotes.com | path-sucks.com | nathanlarson.org | breached.cat |
| asdfadfasdfasdfsadfsf.com | pounce.net | p0ison.org | skid.cat |
| badhou3a.com | pouncefiles.com | pagodahost.org | breach.co |
| bgpservices.net | pouncefiles.net | path-sucks.org | raidforums.co |

| | | | |
|---|---|---|---|
| breachedforums.com | pastehub.to | plain-text.org | pompompur.in |
| databreach.to | raid-forums.com | poncefiles.org | pompur.in |
| breachforum.com | raidforums1.com | prankcalling.in | cyberkittens.one |
| breachforums.net | raidforums2.com | scriptsubmit.org | breach.re |
| compupix.com | raidforums3.com | Skidbin.org | image.yt |
| coreyshiratori.com | raidforums4.com | try-harder-idiot.org | breach.cx |
| corey-shiratori.com | raidforums5.com | abuse.today | breached.cx |
| ddosed.net | scamforums.net | as36231.info | doxing.me |
| djtroia.com | scammerforums.net | breach.market | socials.sh |
| doxagram.com | scotttrentcosta.com | breached.io | breached.mu |
| duhaa.net | scriptsubmit.com | clubhydra.io | breached.is |
| ejaculated.net | scriptsubmit.net | cracke.io | breachbase.pw |
| emusun.net | simswapper.com | wli.design | databases.pw |
| encrypteddisk.net | sitespecs.net | hydramarket.io | breachforu.ms |
| h0rizon.net | skidbin.net | minikloon.info | bf.hn |
| hammercdn.com | skidforums.cc | moneymn.club | ee.hn |
| he0.net | squidproxy.net | og.money | xx.hn |
| hostbunker.net | storagehost.net | opensc.io | bf.sb |
| infomonitor.net | sysnode.net | predator.wtf | f.sb |
| intelx.com | thekilob.com | subnet.info | breached.st |
| lowendhosting.com | torrentseedbox.com | breached.vc | bf.gl |
| luidb.net | | domain king-hack.xyz | |
| | uncongested.net | | vv.gl |
| lxvm.net | unixvps.net | breached.to | servers.lc |
| xboxcommunityforum.com | valid4you.com | breachedforums.to | pagodahost.net |
| nonononononononononononononono.com | vucu.net | breachforums.to | ghostforums.org |
| pagodahost.com | breachforums.org | clubhydra.to | cracke.to |

     d.   The following computers and electronic media, further representing the gross

proceeds and instrumentalities of the offense alleged in this Information:

| The Electronic Media (includes associated accessories) Seized by FBI Pursuant to Warrant to Search Fitzpatrick's Residence | |
|---|---|
| Model/Description | Unique Identifier |
| Amazon Basics Hard Drive Enclosure containing hard drive | Serial No. ZFL2ZOF3 |
| (White) Amazon Tablet – Model SR87CV | |
| Western Digital Hard Drive | Serial No. WCAMK3260602 |
| iPhone 7+ – Model A1661 | Serial No. FUX34UBHG00 |
| 32 GB SanDisk Ultra Plus (Micro SD) | |
| (Black) iPhone7+ – Model a1661 | IMEI 359472086340034 |
| 8GB SanDisk SD Card | Serial No. B11327622891D |

| (Black) Samsung Galaxy J3 Eclipse | IMEI 356351087426430 |
|---|---|
| (Black) Verizon 4G LTE Jetpack | IMEI 358227057561844 |
| Western Digital Hard Drive | Serial No. WMA2N |
| (Black) Verizon Inseego MiFi | |
| (Silver/Grey) Panasonic Camera – Model VDR-D100 | Serial No. 161A13238 |
| 2GB Scandisk SD Card | Serial No. BE1216721860D |
| (Silver) Dell Inspiron 5593 Laptop Computer | Serial No. B2W9723 |
| Inateck Hard Drive enclosure with Seagate Hard Drive | Serial No. ZOZHT3N9 |
| (Black) Amazon Tablet (cracked) | |
| Toshiba lap top hard drive labeled 'First lap top hard drive' | |
| (Grey) Apple Watch Series 3 | |
| (Black) Max One USB Hard Drive | |
| Seagate Hard Drive (and associated enclosure) | Serial No. ZDEKN468 |
| Black Samsung Phone | IMEI 357111201450032 |
| Silver iPhone Model A1688 (damaged) | IMEI 353801083787055 |

Pursuant to 21 U.S.C. § 853(p), the defendant shall forfeit substitute property, if, by any act or omission of the defendant, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

Pursuant to Federal Rule of Criminal Procedure 32.2(a), upon conviction of any Count Three of this Information, the defendant shall forfeit to the United States: (1) any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260, and any matter that contains any such visual depiction, which was produced, transported, mailed, shipped, and received in violation of this chapter; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; (3) any property, real or personal, used or intended to be used to commit or to promote the commission of the offense, and any property traceable to such property. This property includes, but is not limited to:

7

a. Dell Inspiron 5593 laptop computer (service tag number B2W9723); and

b. Samsung 870 QVO 4TB solid state drive (SN S5VYNJ0T405292K).

(All in accordance with Title 18, United States Code, Section 982(a)(2)(B), Title 18, United States Code, Section 1029(c)(1)(C), and Federal Rule of Criminal Procedure 32.2).

Jessica D. Aber
United States Attorney

Kenneth A. Polite, Jr.
Assistant Attorney General, Criminal Division

Date: July 10, 2023          By: _Lauren Halper_____
Lauren Halper
Assistant United States Attorney

Aarash A. Haghighat
Senior Counsel
Computer Crime and Intellectual Property Section
U.S. Department of Justice, Criminal Division.

8