# UNITED STATES DISTRICT COURT
## ** Plea Minutes **

Date:  07/13/2023											Case #:  1:23-cr-00119-TSE-1
Time:  04:38 p.m. – 06:34 p.m. (01:56)								Interpreter/Lang:  N/A

---

Honorable **T.S. ELLIS III**, United States District Judge, Presiding

| Tanya Randall | Rebecca Stonestreet |
|---|---|
| Courtroom Deputy | Court Reporter |

UNITED STATES OF AMERICA
 v.					Deft appeared:	[ X ] in person		[  ] failed to appear
							[ X ] with Counsel	[  ] without Counsel
**CONOR BRIAN FITZPATRICK**				[  ] through Counsel

PETER KATZ						AARASH HAGHIGHAT
NINA GINSBERG						LAUREN HALPER
**Counsel for Defendant**					**Counsel for Government**

**Matter called for:**
[ X ] Pre-Indictment Plea		[  ] Change of Plea		[  ] Plea Agreement

**Filed in open court:**
[ X ] Information	[ X ] Plea Agreement	[ X ] Statement of Facts	[ X ] Waiver of Indictment

**Plea:**
[ X ] Deft entered a Plea of Guilty as to Count(s) <u>1, 2, 3</u> of the  [  ] Indictment	[ X ] Information

[ X ]  Plea accepted by the Court.

[ X ] Deft directed to USPO for PSI	[ X ] Yes	[  ] No

[ X ] Case continued to:  **FRIDAY, NOVEMBER 17, 2023** at **09:00 A.M.** for:

 [  ] Jury Trial    [  ] Bench Trial    [  ] Pre-Guidelines Sentencing    [ X ] Guidelines Sentencing

[ X ] Deft cont'd on $300,000.00 PR Bond with conditions previously imposed on 03/23/2023, (See Dkt. [10] and on 03/24/23 (See Dkt. [16] with the following additional conditions added:

- The defendant shall not access a computer and/or the internet unless a computer monitoring program has been installed by the pretrial services office.  The defendant shall consent to the installation of computer monitoring software on any computer to which the defendant has access.  Installation shall be performed by the pretrial services officer.  The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, internet use history, email correspondence, and chat conversations.  The defendant shall not remove, tamper with, reverse engineer, or in any way circumvent the software.  The cost of the monitoring will be paid by the defendant.

- No contact with minors under the age of 18 (with the exception of the defendant's sibling) unless supervised by an adult who is aware of the defendant's offense, at the discretion of the probation officer.

- The defendant shall not access any websites or accounts focused on breached, leaked or stolen data, computer hackling, security research, malware, computer programming, domains, cybercrime, online

obfuscation, or computer networking, without prior approval of probation.

- The defendant shall not use any tools for obfuscating his identity, such as virtual private networks (VPNs), the onion router (Tor), or proxies.

- The defendant shall not create, register, or rent any new websites, domains, servers, or computer infrastructure associated with the operation of websites.

- Court further included at the discretion of the probation officer, defendant maintain or actively seek employment and/or enroll in an educational/vocational program.