IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 23 CR 119 |
| | ) | |
| Plaintiff, | ) | JUDGE T.S. ELLIS, III |
| | ) | |
| v. | ) | UNOPPOSED MOTION TO MODIFY |
| | ) | <u>CONDITIONS OF RELEASE</u> |
| CONOR BRIAN FITZPATRICK, | ) | |
| | ) | |
| Defendant. | ) | |

On the unopposed application of Defendant Conor Fitzpatrick through his counsel Peter Katz, it is HEREBY ORDERED that:

Mr. Fitzpatrick may travel from New York to the Eastern District of Pennsylvania on August 22, 2023 so that he may be evaluated by Dr. Jill Belchic. All other conditions of release remain in effect.

Dated: 8/18/23

Hon. T.S. Ellis, III