IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  23-CR-119  (TSE) |
| | ) | |
| CONOR BRIAN FITZPATRICK, | ) | Sentencing:  November 17, 2023 |
| | ) | |
| Defendant. | ) | |
| | ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendant, Conor Brian Fitzpatrick, by and through his counsel, and with the consent of the government, respectfully moves this Court to continue sentencing from November 17, 2023 to a date convenient to the Court but no sooner than January 15, 2024.

        Respectfully submitted,

        CONNOR BRIAN FITZPATRICK,
        By Counsel

        /s/_____
        Nina J. Ginsberg, VSB # 19472
        DiMuroGinsberg, P.C.
        1001 N. Fairfax Street, Suite 510
        Alexandria, VA 22314
        Phone: (703) 684-4333
        Fax: (703) 548-3181
        nginsberg@dimuro.com

        Peter Katz, Esq.
        Law Offices of Peter Katz, LLC
        116 Village Blvd., 2nd Floor
        Princeton, NJ 08540
        (609) 734-4380
        peter@pkatzlegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify on this 13th day of October, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record. I further certify that a copy was emailed to the probation officer, Jennifer D. Lyerly, Jennifer_Lyerly@vaep.uscourts.gov.

/s/_____
Nina J. Ginsberg