IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 23-CR-119 (TSE) |
| CONOR BRIAN FITZPATRICK, | ) Sentencing: November 17, 2023 |
| Defendant. | ) |

**ORDER**

On the unopposed motion of Defendant Conor Fitzpatrick; it is hereby

ORDERED that Sentencing in the above-referenced matter shall be continued from November 17, 2023 to January___, 2024, at 9:00 a.m.

Dated: _____       _____
                                                              Hon. T.S. Ellis, III