# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

**MAGISTRATE JUDGE: <u>WILLIAM E. FITZPATRICK</u>**

UNITED STATES OF AMERICA         HEARING: _R5/PTV ____ CASE #: 1:23-CR-119 __

-VS-         DATE:_1/3/24__ TIME:_2:00 pm_

__Conor Fitzpatrick_____         TYPE: <u>FTR RECORDER</u>   DEPUTY CLERK: <u>TINA FITZGERALD</u>

COUNSEL FOR THE UNITED STATES: _____ _____Lauren Halper_____

COUNSEL FOR THE DEFENDANT: _____not present_____

( x ) DEFT APPEARED : ( x ) W/ COUNSEL  ( ) W/DUTY FPD PRESENT:

( ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

( ) DEFT INFORMED OF DUE PROCESS     ( ) ORDER SIGNED BY JUDGE

**( )** COURT TO APPOINT COUNSEL _____     ( ) DFT. TO RETAIN COUNSEL

**( )** DEFT. CALLS WITNESS AND ADDUCED EVIDENCE

**( )** EXHBIT #_____ADMITTED

**( )** PROBABLE CAUSE: ( ) FOUND  ( ) NOT FOUND

( ) PRELIMINARY HEARING WAIVED

**( )** MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

**MINUTES: Deft's counsel not present; matter reset for Friday 1/5/24 at 10am w/WEF.**

**CONDITIONS OF RELEASE**:
($ ) UNSECURED ($ ) SECURED ( ) PTS **( )** 3^RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING ( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT ( ) AVOID CONTACT

**( x ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS**
**( ) DEFENDANT CONTINUED ON CONDITIONS OF SUPERVISED ( )PROBATION ( ) RELEASE ( ) BOND**

**NEXT COURT APPEARANCE:** _____ at _____Before _____
 ( ) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) R40 ( )ARR