UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**MAGISTRATE JUDGE: <u>WILLIAM E. FITZPATRICK</u>**

UNITED STATES OF AMERICA      HEARING: _R5/PTV_____CASE #: 1:23-CR-119 __

-VS-      DATE:_1/5/24__ TIME:_10:00 am_

__Conor Fitzpatrick_____      TYPE: <u>FTR RECORDER</u>      DEPUTY CLERK: <u>TINA FITZGERALD</u>

COUNSEL FOR THE UNITED STATES: _____Lauren Halper_____

COUNSEL FOR THE DEFENDANT: _____Peter Katz_____

( x ) DEFT APPEARED : ( x ) W/ COUNSEL  (  ) W/DUTY FPD PRESENT:

(    ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

(     ) DEFT INFORMED OF DUE PROCESS     (  ) ORDER SIGNED BY JUDGE

**(    )** COURT TO APPOINT COUNSEL _____        (     ) DFT. TO RETAIN COUNSEL

**(    )** DEFT. CALLS WITNESS AND ADDUCED EVIDENCE

**(    )** EXHBIT #_____ADMITTED

**(    )** PROBABLE CAUSE:  (  ) FOUND  (  ) NOT FOUND

(     ) PRELIMINARY HEARING WAIVED

**(    )** MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

**MINUTES: Copy of Petition on Violation received and reviewed by deft's counsel.  USA seeks detention; Deft does not contest detention at this time. Pretrial violations to be addressed by District Judge on the same day as Sentencing set for 1/19/24 at 2pm with Judge Ellis.**

**CONDITIONS OF RELEASE**:
($     ) UNSECURED ($     ) SECURED (     ) PTS **(     )** 3RD PARTY (     ) TRAVEL RESTRICTED
(      ) APPROVED RESIDENCE (     ) SATT (     ) PAY COSTS (     ) ELECTRONIC MONITORING (      ) MENTAL HEALTH TEST/TREAT (     ) ROL (     ) NOT DRIVE (   ) FIREARM (   ) PASSPORT (     ) AVOID CONTACT

**( x ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS**
**(    ) DEFENDANT CONTINUED ON CONDITIONS OF SUPERVISED  (    )PROBATION (     ) RELEASE (     ) BOND**

**NEXT COURT APPEARANCE: _____ at _____Before _____**
 (   ) DH (   ) PH (   ) STATUS (     ) TRIAL (     ) JURY (     ) PLEA (     ) SENT (     ) PBV (     ) SRV (     ) R40 (    )ARR