IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23-CR-119 (LMB) |
| | ) | |
| CONOR BRIAN FITZPATRICK, | ) | |
| | ) | Sentencing: January 19, 2024 |
| Defendant. | ) | |
| | ) | |

**(PROPOSED) ORDER**

THIS MATTER comes before the Court on Defendant's Motion to Seal Defendant's Memorandum in Aid of Sentencing and Exhibits ("Defendant's Memorandum").

It appearing to the Court that Defendant's Memorandum contains confidential medical and other information necessary to support certain arguments on disputed guideline and sentencing issues which prohibit Defendant from disclosing such information to the general public; and

It further appearing that less drastic alternatives to sealing the Memorandum are not feasible and that the government consents to this motion; it is hereby

ORDERED that Defendant's Memorandum in Aid of Sentencing and Exhibits be filed under seal and remain under seal until further order of this Court.

ENTERED this ____ day of _____, 2024.

_____
Leonie M. Brinkema, District Judge