IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 23-CR-119 (TSE) |
| ) | |
| CONOR BRIAN FITZPATRICK, ) | Sentencing: January 19, 2024 |
| ) | |
| Defendant. ) | |
| _____ ) | |

**<u>DEFENDANT'S MEMORANDUM IN AID OF SENTENCING</u>**

# **<u>FILED UNDER SEAL</u>**