IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 23-CR-119 (TSE) |
| CONOR BRIAN FITZPATRICK, | ) ) | Sentencing: January 19, 2024 |
| Defendant. | ) ) ) | |

# EXHIBIT B
# FILED UNDER SEAL