IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONOR BRIAN FITZPATRICK, )<br>)<br>Defendant. )<br>_____ ) | CASE NO. 23-CR-119 (TSE)<br><br>Sentencing: January 19, 2024 |

# EXHIBIT C
# <u>FILED UNDER SEAL</u>