| Prob 22 (Rev. 2/88) VAE (Rev. 1/24) | | **DOCKET NUMBER** (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1:23CR119-1 |
| | | **DOCKET NUMBER** (Rec. Court) |
| | | 7:24-cr-00083(**PMH**) |

| **NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:**<br><br>Conor Brian Fitzpatrick | **DISTRICT**<br><br>Eastern District of Virginia | **DIVISION**<br><br>Alexandria |
|---|---|---|
| | **NAME OF SENTENCING JUDGE**<br>The Honorable Leonie M. Brinkema | |
| | **DATES OF PROBATION /SUPERVISED RELEASE:** | **FROM** 1/19/24 — **TO** 1/8/44 |

**OFFENSE:**
Conspiracy to Commit Access Device Fraud, Solicitation for the Purpose of Offering Access Devices, and Possession of Child Pornography

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision):

## PART 1 - ORDER TRANSFERRING JURISDICTION

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF NEW YORK upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/12/24
Date

/s/ LMB
Leonie M. Brinkema
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/14/2024
Effective Date

United States District Judge, Hon. Philip M. Halpern