IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CONOR BRIAN FITZPATRICK, | ) | Case No. 1:23-cr-119 |
| | ) | |
| a/k/a "Pompompurin" | ) | |
| | ) | |
| Defendant. | ) | |

**Notice of Appeal**

The United States hereby gives notice of its appeal to the United States Court of Appeals for the Fourth Circuit of the judgment of the District Court entered on January 19, 2024 (ECF No. 73).

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:         /s/

Jacqueline R. Bechara
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Office:  (703) 299-3700
Fax:     (703) 299-3980
Email:  jacqueline.bechara@usdoj.gov

**Certificate of Service**

I certify that on February 15, 2024, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By: _____/s/_____
Jacqueline R. Bechara
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Office: (703) 299-3700
Fax:    (703) 299-3980
Email:  jacqueline.bechara@usdoj.gov

2