FILED: February 20, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4102
(1:23-cr-00119-LMB-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellant

v.

CONOR BRIAN FITZPATRICK

      Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:23-cr-00119-LMB-1 |
| Date notice of appeal filed in originating court: | 02/15/2024 |
| Appellant(s) | Conor Fitzpatrick |
| Appellate Case Number | 24-4102 |
| Case Manager | Marcy E. Beall 804-916-2702 |