IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONOR BRIAN FITZPATRICK,<br><br>a/k/a "Pompompurin"<br><br>Defendant. | Case No. 1:23-CR-119<br><br>Hon. Leonie M. Brinkema |

# **ORDER TO SEAL**

This matter having come before the Court on the United States' Motion to Seal pursuant to Local Criminal Rule 49(E) and for good cause shown, it is hereby

ORDERED that Exhibits 1, 2, 4, and 5 of the Position of the United States with Respect to Resentencing shall be maintained under seal and will remain under seal until further order of the Court.

Date: _____
Alexandria, Virginia