# **EXHIBIT A**

5 September 2025

The Honorable Leonie M. Brinkema
United States District Court for the
Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314-5798

**Re: United States v. Conor Brian Fitzpatrick**

Dear Judge Brinkema,

I am writing this second letter in support of my son, Conor Brian Fitzpatrick, as the Court considers his resentencing. As his father, I remain committed to providing him with the stability, guidance, and support he needs to continue on a positive path forward.

Conor is now 22 years old, and since January 2024 I have personally witnessed his steady compliance with the conditions of his release. Among his efforts, I would respectfully highlight the following:

- He has completed numerous projects at home, including painting, archiving family artifacts, and small repairs, showing initiative and responsibility.
- He attends weekly therapy sessions without fail, even though they require a two-hour public transit bus ride each way.
- His probation officer has confirmed full compliance and shared that their reports to prosecutors have been positive.
- He has not missed a scheduled therapy session.
- He maintains strong, respectful relationships with his family and contributes positively to our household.

Although Conor does not often share his feelings directly with me, his actions show that he regrets his mistakes and is making a sincere effort to move forward. He has remained committed to therapy and to his responsibilities despite the discouragement of learning that the government appealed his sentence.

Conor has also shown growth in small but meaningful ways at home. Since we adopted a family cat in 2024, he has developed a strong bond with her, taking responsibility for her care and showing patience and gentleness. This has been another encouraging sign of his ability to nurture and build positive connections.

Looking ahead, Conor has begun setting goals for himself, including pursuing further education and vocational training when possible. He is still socially immature and continues to manage mental health challenges, but his consistency in therapy demonstrates progress. I am deeply concerned that a prison sentence could disrupt this growth and undo the stability he has worked hard to establish.

Conor has the full support of his family — emotionally, financially, and practically. I will continue to ensure that he has access to mental health resources, opportunities for education, and guidance in finding employment when the time is right. With this foundation, I firmly believe he can continue emerging as a responsible and productive member of society.

Your Honor, I respectfully ask that you consider Conor's demonstrated progress, his potential, and the strong support system around him. With continued guidance and the opportunity to remain on his current path, I am confident he will make meaningful contributions to society.

Thank you for your time and consideration.

Respectfully,

Mark Fitzpatrick
Peekskill, New York

5 September, 2025

The Honorable Leonie M. Brinkema
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314-5798

Dear Judge Brinkema:

My name is MaryAnn McCarra-Fitzpatrick; I am Conor Brian Fitzpatrick's mother and have known him since his birth in 2002.

During these months of house arrest Conor has been busy with small repairs and chores around the house, as well as reviewing and cataloguing over sixty years of family images — slides, negatives, photographs, and films. He has been attending weekly therapy sessions at Empire State Forensics (group and individual) and at Westchester Jewish Community Services (individual). He has been meeting with Mr. David Baker, a peer counselor with Search for Change, three Wednesdays a month, in our home.

We have done our best to support Conor these past months. He has followed all requirements, including regular communication with Officer Reyes about his schedule, and has secured permission in those rare instances of a medical or dental appointment.

My concerns remain about the tenuousness of his mental state, given his history of two suicide attempts, each of which required hospitalization and weeks of inpatient treatment. We are advocates for him, unreservedly, going forward, especially considering his late diagnosis of autism.

We are steadfast in our support of Conor. While he, doubtless, made mistakes and grave errors of judgement, he may yet, if allowed the opportunity, work towards forming a productive professional and personal life. I would ask that his youth, immaturity, and previous lack of involvement with law enforcement be taken into account at sentencing.

It is my considered opinion that Conor is at minimal risk of reoffending given his many months of therapy as well as his experiencing how we, as a family, have managed to move forward, resolutely and with purpose, despite the trauma in the months following March 2023.

Thank you.

Respectfully,


MaryAnn McCarra-Fitzpatrick
Peekskill, NY 10566-4706

**May 28, 2025**

The Honorable Leonie M. Brinkema
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314-5798

Dear Judge Brinkema:

We are writing to you today to show our support for Conor Fitzpatrick. We have been working with Conor for a little over a year now as a mental health assistance team to help him cope with his psychiatric challenges. We are a mobile outreach team that works with individuals with varying levels of social anxieties and disorders in Westchester County, New York.

We are in full agreement with the mental health diagnosis which was initially made on June 13, 2019, by Westchester Jewish Community Services, including social anxiety disorder, attention deficit disorder, and major depressive disorder. During our time with Conor, we have observed him as a caring and helpful member of his family. We have seen Conor assisting in the home with various chores, identifying tasks that need to be accomplished, and following through on them. Conor has shown himself willing to put in the work to face his barriers and move beyond his most basic inclinations.

We thank the court for considering our positive regard for Conor Fitzpatrick. We respectfully ask that the court allow for leniency in Conor's case, giving him time to continue learning to cope with his challenges in positive and healthy ways.

Sincerely,

David J. Baker
Certified Peer Specialist
Mobile Outreach Team / Transitional Outreach Program
dbaker@searchforchange.org